No. 570. BLACK DIAMOND LINES, INC. *v.* PIONEER IMPORT CORP. ET AL. January 31, 1944. Petition for writ

of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Mr. George C. Sprague* for the Pioneer Import Corp., and *Mr. Arthur M. Boal* for the Tampa Inter-Ocean Steamship Co., respondents.